# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 22, 2023

California Northern District Court (Oakland)
Ronald V. Dellums Federal Building
1301 Clay Street, Suite 400S
Oakland, CA 94612-5217
InterdistrictTransfer_CAND@cand.uscourts.gov

   Re: USA v. Devon Christopher Wenger
   USDC HI Case No. 1:23-mj-01277-RT
   **Your Case No. 4:23-cr-00269-AMO**

Dear Clerk,

  Please be advised that Rule 5 proceedings were conducted in the District of Hawaii on August 21, 2023.  The following documents are transmitted to your district: 1) Declaration of Steel Stewart; Exhibits 1 & 2; 2) (AMENDED) Minutes of Rule 5 Initial Appearance; 3) CJA 23 - Financial Affidavit (SEALED); 4) Waiver of Rule 5 & 5.1 Hearings; 5) Abstract of Release; 6) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail and 7) Docket Sheet.  Please acknowledge receipt and return this letter by email.

    Sincerely Yours,

    LUCY H. CARRILLO, CLERK

    By: /s/ EA, Deputy Clerk

---

To Clerk's Office, Northern District of California (Oakland):

Receipt is acknowledged by: _____, Deputy Clerk

Date:_____          Your Case No. 4:23-cr-00269-AMO